1  Marc V. Kalagian
2  Attorney at Law: 149034
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail:rk_sslaw@speakeasy.net
5
   Attorneys for Plaintiff JOANALEE J. PETERSON
6

7
                  **UNITED STATES DISTRICT COURT**
8
                  **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  JOANALEE J. PETERSON,              ) Case No. CV 10-1566 DLB
                                       )
12          Plaintiff,                 ) STIPULATION EXTEND TIME
    v.                                 )
13                                     )
    MICHAEL J. ASTRUE,                 )
14  Commissioner of Social Security.   )
                                       )
15          Defendant.                 )
                                       )
16                                     )
                                       )
17

18      TO THE HONORABLE Dennis Beck, MAGISTRATE JUDGE OF THE

19  DISTRICT COURT:

20      IT IS HEREBY STIPULATED by and between the parties, through their

21  respective counsel, that Plaintiff shall have a 30 day extension of time, to and

22  including June 3, 2011, in which to file opening brief.

23  ///

24  ///

25  ///

26  ///

27

28

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: May 6, 2011                Respectfully submitted,

                                 ROHLFING & KALAGIAN, LLP


                                         /s/ *Marc V. Kalagian*

                                 BY: _____
                                 Marc V. Kalagian
                                 Attorney for plaintiff Joanalee J. Peterson


DATE:  May 6, 2011

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                        /s/ *Kathryn R. Watson*

                                 BY: _____
                                 Kathryn R. Watson
                                 Attorneys for defendant Michael Astrue
                                 {By E-mail authorization}


IT IS SO ORDERED

DATE: May 9, 2011                /s/ Dennis L. Beck_____
                                 THE HONORABLE DENNIS L. BECK
                                 UNITED STATES MAGISTRATE JUDGE