BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: 415-977-8978
Facsimile: 415-744-0134
Email: francesco.benavides@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JOANALEE J. PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>Defendant. | Civil No. 1:10-cv-01566 DLB<br><br>**STIPULATION TO VOLUNTARY REMAND AND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to further evaluate the medical source opinion of examining psychiatrist, Harald Krueger, M.D., explaining the weight given to that opinion. Specifically, the ALJ will address Dr. Krueger's assessment that Plaintiff had difficulties relating to coworkers, supervisors and the public.

Respectfully submitted,

Date: *June 27, 2011*

*/s/ Francesco Benavides for Marc Kalagian**
(* *by email authorization on June 27, 2011)*
MARC V. KALAGIAN
Attorney at Law

Attorney for Plaintiff

Date: *June 27, 2011*

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

BY: *__/s/ Francesco P. Benavides_*
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated: **June 28, 2011**

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE