1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Joanalee J. Peterson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANALEE J. PETERSON, | Case No.: CV 10-1566 DLB |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Joanalee J. Peterson be awarded attorney fees and expenses in the amount of TWO THOUSAND SIX HUNDRED dollars ($2,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1. After the Court issues an order for EAJA fees to Joanalee J. Peterson, the government will consider the matter of Joanalee J. Peterson's assignment of EAJA fees to Marc V. Kalagian. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

2. Fees shall be made payable to Joanalee J. Peterson, but if the Department of the Treasury determines that Joanalee J. Peterson does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Joanalee J. Peterson. Any payments made shall be delivered to Marc V. Kalagian.

3. This stipulation constitutes a compromise settlement of Joanalee J. Peterson's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Joanalee J. Peterson and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

4. Marc V. Kalagian reserves the right to contend that any non-payment caused by the collection of a federal debt owed by Joanalee J. Peterson violates 31 C.F.R. § 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009). Nothing in this stipulation shall be construed as an admission by Marc V. Kalagian that the Government has the right or authority to offset the fees due and payable pursuant to this stipulation.

1  This award is without prejudice to the rights of Marc V. Kalagian and/or
2  Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42
3  U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

4  DATE: August 1, 2011             Respectfully submitted,

5                                    ROHLFING & KALAGIAN, LLP

6                                    /s/ *Marc V. Kalagian*
7                                    BY:_____
                                     Marc V. Kalagian
8                                    Attorney for plaintiff Joanalee J. Peterson

9  DATED: August 1, 2011

10                                   BENJAMIN B. WAGNER
                                     United States Attorney
11

12                                   /s/ *Francesco Benavides*

13                                   _____
                                     Francesco Benavides
                                     Special Assistant United States Attorney
14                                   Attorneys for Defendant Michael J. Astrue,
                                     Commissioner of Social Security
15                                   (Per e-mail authorization)

16  IT IS SO ORDERED.

17     Dated:   **August 8, 2011**              /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26